# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 15, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

148981(71)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

PAUL J. BETTS, JR.,
      Defendant-Appellant.

_____/

SC: 148981
COA: 319642
Muskegon CC: 12-062665-FH

      On order of the Chief Justice, the motion of the Safe & Just Michigan *et al*. to file a brief amicus curiae is GRANTED. The amicus brief submitted on May 4, 2020, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 15, 2020



Clerk